UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MONTENEQUE N. KNOX,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES, *et al.,*<br><br>Respondents. | Case No. 3:15-cv-00617-MMD-VPC<br><br>ORDER |

The Court dismissed the petition in this case as successive. (ECF No. 3.) Petitioner has filed a motion, asking the Court to grant his petition without permission from the Ninth Circuit. (ECF No. 6.) However, the Court lacks authority to grant petitioner's request. *See* 28 U.S.C. § 2244(b)(3)(A). As the Court explained in its previous order, petitioner will need to obtain permission from the Ninth Circuit Court of Appeals. (ECF No. 3.) Accordingly, petitioner's motion (ECF No. 6) is denied.

DATED THIS 29th day of September 2017.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE